DF

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **July 16, 2005
HOPKINS/TAYLOR** Program,

                                              Plaintiff,

-against-

TROY K. WILLIAMS, Individually and as an officer, director, shareholder and/or principal of THE VAPORS BARBERSHOP, INC. d/b/a THE VAPORS BARBER SHOP INC., and THE VAPORS BARBERSHOP, INC. d/b/a THE VAPORS BARBER SHOP INC.,

                                               Defendants.
-----------------------------------------------------------------

**NOTICE OF SETTLEMENT
AND
ADMINISTRATIVE DISMISSAL**
Civil Action No. CV-06-242
Honorable Allyne R. Ross

PLEASE TAKE NOTICE THAT Plaintiff J & J SPORTS PRODUCTIONS, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed January 17, 2007. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 28, 2006
      Ellenville, New York

                                          **J & J SPORTS PRODUCTIONS, INC.**

By: /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN , ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 05-10-E16*

SO ORDERED this 30 day of Aug, 2006

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Steven Drummond, Esq.
221-10 Jamaica Ave
Suite 106
Queens Village, NY 11428
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 28th day of August, 2006.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN

# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

Nicholas R. Cartagena

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

* Also admitted in NJ, PA & MA

Gary R. Malman
Litigation Assistant

August 28, 2006

Hon. Allyne R. Ross
Judge, U.S. District Court
225 Cadman Plaza E.
Brooklyn, NY 11201

Re: J & J Sports Productions, Inc. v. Troy K. Williams, *et al*
    Event: July 16, 2005 Hopkins/Taylor Program
    Our File No. 05-10-E16
    CV# CV-06-242 ARR/RER

Dear Judge Ross:

Enclosed herein please find a courtesy copy of the Notice of Settlement and Administrative Dismissal, which was electronically filed on today's date, relative to the above matter. Also enclosed, please find a copy of the ECF receipt.

Thanking you for your courtesy, I am,

Respectfully yours,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
JCL/ad
Bar Roll No. JL8521
Enclosures
cc: Hon. Ramon E. Reyes, Jr.

## Notices

1:06-cv-00242-ARR-RER J&J Sports Productions, Inc. v. Williams

### U.S. District Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Lonstein, Julie entered on 8/28/2006 at 3:11 PM EDT and filed on 8/28/2006

**Case Name:** J&J Sports Productions, Inc. v. Williams
**Case Number:** 1:06-cv-242
**Filer:** J&J Sports Productions, Inc.
**Document Number:** 6

**Docket Text:**
NOTICE of Settlement *Troy K. Williams, et al* by J&J Sports Productions, Inc. (Lonstein, Julie)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/28/2006] [FileNumber=2441307-0]

[28baffc7f15721bdc1071dc1e3b7fe0bed6839b4147b6048282a46f88b6834b806a85
3c5671fd61b8eb2057444de16f6a2b4f8492b2a8570d0d308d7664eaa74]]

**1:06-cv-242 Notice will be electronically mailed to:**

Julie Cohen Lonstein    Julie@signallaw.com, info@signallaw.com; nick@signallaw.com; steve@signallaw.com

**1:06-cv-242 Notice will be delivered by other means to:**